**Law Offices of S. Henslee Smith**
Richard M. Stoll (SBN 110020)
1578 North Batavia Street
Orange, California 92867
Tel:   (714) 730-0220
Fax:   (714) 832-6009

Attorneys for: Plaintiffs, County of Riverside
File No:    414M

## United States District Court

## Southern District of California

| | |
|---|---|
| County of Riverside, | Case No. '21CV1901 MMAMSB |
| Plaintiff, | Judge: TBD |
| | Location: TBD |
| vs. | Unlimited Jurisdiction |
| IMS Electronics Recycling, Inc., | |
| Defendant. | **Complaint for Damages, Indemnity and Declaratory Relief** |

Plaintiff, County of Riverside, alleges:

### General Allegations

1.  Plaintiff, County of Riverside, is and at all relevant times was, a public entity and a general law county duly organized, existing and operating under all applicable provisions of California law.

2. Defendant, IMS Electronics Recycling, Inc. is and at all times mentioned herein was a corporation organized and existing under the laws of the State of California with its principal place of business in the State of California.

3. This Court has original jurisdiction over the subject matter of this civil action, and the parties hereto, pursuant to Section 113(b) and 113(e) of CERCLA, 42 U.S.C. Sections 9613(b) and 9613(e), and 28 U.S.C. Sections 1331 and 1345.

4. Venue is proper in this District pursuant to Section 113(b) of CERCLA, 42 U.S.C. Section 9613(b) and 28 U.S.C. Sections 1391(b) and (c) because Defendant IMS Electronics Recycling, Inc. resides in, may be found and has its principal place of business within this District.

5. In 2010, Plaintiff County of Riverside had a need for the transportation, recycling, and disposal of Cathode Ray Tube ("CRT") materials and leaded glass stored at its landfills at the Badlands Landfill located in Moreno Valley and the Lamb Canyon landfill located in Beaumont by an independent contractor to a facility authorized to accept, process and recycle said materials.

6. In December 2010, Plaintiff County of Riverside issued a bid to interested independent contractors to transport, recycle and dispose of the CRT materials and leaded glass and on February 24, 2011, Defendant IMS Electronic Recycling, Inc. ('IMS") was selected by the County of Riverside for the removal, transportation, recycling and disposal of CRT glass materials. On February 28, 2011 Plaintiff County of Riverside issued Purchase Order WMA022439 to Defendant IMS and on May 8,

2012 Purchase Order WMA0024323 was issued to Defendant IMS by Plaintiff County of Riverside.

7. Following issuance of the Purchase Orders, Defendant IMS transported 325,328 pounds of CRT glass in 2011 and 217,514 pound of CRT glass materials in 2012 from Plaintiff's landfills. The facility Defendant IMS solely and exclusively selected to receive, process, and recycle the CRT glass materials was the Closed Loop Refining & Recovery, Inc. ("CLRR") facilities located at 435 South 59th Avenue, Phoenix, Arizona and 625 South 27th Avenue, Phoenix, Arizona.

8. Plaintiff County of Riverside did not provide any input or direction for selecting the CLRR facilities for receipt, processing and recycling the CRT glass materials. Plaintiff County of Riverside relied on the expertise of Defendant IMS as an approved recycler with all the necessary licenses and permits to comply with all applicable federal, state, and local laws in the performance of its duties. Plaintiff County of Riverside further relied on Defendant IMS to select and deliver the CRT materials to a qualified facility authorized to accept and recycle said materials. Defendant IMS, not Plaintiff County of Riverside, selected CLRR for receipt, processing and recycling the CRT materials at CLRR's facilities located at 435 South 59th Avenue, Phoenix, Arizona and 625 South 27th Avenue, Phoenix, Arizona.

9. On December 21, 2018, Plaintiff County of Riverside received a demand letter from the attorneys representing the landlords of the CLRR facilities located at 435 South 59th Avenue, Phoenix, Arizona and 625 South 27th Avenue, Phoenix, Arizona. The County was advised that CLRR accepted but never recycled the

CRT materials. CLRR accepted and stockpiled 96 million pounds of hazardous CRT waste on the landlords' property and then abandoned the property leaving the landlords responsible to remove the waste at an estimated cost reaching or exceeding $15 million. Pursuant to the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA"), the Arizona landlords demanded Plaintiff County of Riverside contribute for cleanup of their property for the CRT materials delivered by Defendant IMS in 2011 and 2012.

10. Following receipt of the December 21, 2018 demand letter from the landlords of the Arizona properties, Plaintiff County of Riverside retained counsel to represent them in defense of the Arizona landlords' claim. On November 6, 2020, Plaintiff County of Riverside and the Arizona landlords entered into a Settlement Agreement whereby the County agreed to pay $75,000.00 for the 545,000 pounds or less of CRT materials delivered by Defendant IMS to the site during 2011 and 2012.

### First Claim for Relief
### (Indemnity and Cost Recovery by the County of Riverside under CERCLA Sections 107 and 113(g)(2), 42 U.S.C. Sections 9607 and 9613(g)(2))

11. Plaintiff hereby repleads, realleges and incorporates by reference paragraphs 1 to 10 as though fully set forth.

12. Plaintiff, County of Riverside, pursuant to CERCLA Sections 107 and 113(g)(2), 42 U.S.C. Sections 9607 and 9613(g)(2) seeks indemnity for sums it paid to the landlords of the Arizona properties totaling $75,000.00 for cleanup of the approximately 545,000 pounds of CRT glass materials delivered from Plaintiff

County of Riverside's landfills by Defendant IMS in 2011 and 2012 to the CLRR facilities.

## Second Claim for Relief

### (Declaratory Relief)

13. Plaintiff hereby repleads, realleges and incorporates by reference paragraphs 1 to 10 and paragraph 12 of the First Claim for Relief as though fully set forth.

14. A dispute has arisen and an actual controversy exists between Plaintiff County of Riverside and Defendant IMS as to whether Defendant IMS should indemnify Plaintiff for damages incurred to reimburse Plaintiff for sums paid to the Arizona landlords for cleanup of the approximately 545,000 pounds of CRT glass materials delivered from Plaintiff County of Riversides' landfills by Defendant IMS in 2011 and 2012 to the CLRR facilities.

15. A declaration of these rights to indemnify is necessary and proper to resolve this dispute between Plaintiff County of Riverside and Defendant IMS.

**Wherefore, Plaintiff prays**:

1. For damages in the amount of $75,000.00.
2. For indemnity and declaratory relief in favor of Plaintiff County of Riverside and against Defendant IMS.
3. For costs of suit.
4. For such other and further relief as this Court may deem appropriate.

Dated: October 19, 2021                    Law Offices of S. Henslee Smith

By: *[signature]*
Richard M. Stoll, Attorneys for Plaintiff, County of Riverside