UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF RIVERSIDE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IMS ELECTRONICS RECYCLING, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 21-cv-1901-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 8] |

　　　On March 4, 2022, Plaintiff County of Riverside and Defendant IMS Electronics Recycling, Inc. filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorneys' fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

　　　**IT IS SO ORDERED**.

Dated: March 4, 2022

　　　　　　　　　　　　　　　　　　　　　*Michael M. Anello*

　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　United States District Judge